## Case No. 7,077.

### IRVING v. SUTTON.

[1 Cranch, C. C. 567.][1]

Circuit Court, District of Columbia. July Term, 1809.

N. Herbert, for defendant,

THE COURT said the rejoinder was bad, and rendered judgment for the plaintiff on the demurrer.

## Case No. 7,078.

### IRVING v. SUTTON.

[1 Cranch, C. C. 575.][1]

Circuit Court, District of Columbia. Nov. Term, 1809.

N. Herbert, for defendant,

---

[2] [From 7 Am. Law Reg. (N. S.) 209.]
[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT was of opinion that notice of the motion may be given to the attorney at law. The opinion of Marshall, C. J., in Buddicum v. Kirk [3 Cranch (7 U. S.) 297] is extrajudicial—a mere dictum—and relates to the notice of the time and place of taking the deposition, not to notice of the motion for a commission.